IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:10-CR-53-RLV-DCK

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| HENRY WRIGHT, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For *Pro Hac Vice* Admission Pursuant to LR 83.1(B)" (Document No. 46) concerning Marc M. Johnson, filed January 19, 2011. Mr. Johnson seeks to appear as counsel *pro hac vice* for Defendant Henry Wright.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Johnson is admitted to appear before this court *pro hac vice* on behalf of Defendant Henry Wright.

**SO ORDERED**.

Signed: January 19, 2011

David C. Keesler
United States Magistrate Judge